UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kevin Darrell Smith**　　　　　　　　　　　　　　**Docket No. 5:21-CR-62-1M**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin Darrell Smith, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and Distribution of a Quantity of a Mixture Containing Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on January 25, 2023, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Kevin Darrell Smith was released from custody on July 21, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 18, 2024, Smith submitted to a urinalysis which tested positive for methamphetamine and fentanyl. When confronted with the results, Smith admitted to using methamphetamine and fentanyl on December 17, 2024. Smith was reprimanded for the violation conduct and expressed remorse. Smith was directed to re-engage with an approved course of substance abuse treatment. As a sanction for Smith's violation conduct, it is respectfully recommended that he be placed on a curfew to be determined by the probation office, and to be monitored with Location Monitoring: Radio Frequency equipment for a duration not to exceed 90 consecutive days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Kevin Darrell Smith
Docket No. 5:21-CR-62-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: December 19, 2024

### ORDER OF THE COURT

Considered and ordered this 19th day of December, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge